OPINION — AG — THE WILDLIFE COMMISSION IS AUTHORIZED TO PARTICIPATE IN THE PROGRAMS UNDER PUBLIC LAW 88-309 AND RECEIVE GRANT IN AID FEDERAL FUNDS WHICH MAY BE COST MATCHED WITH THE PROPER PERCENTAGE OF WILDLIFE DEPARTMENT FUNDS UPON DULY APPROVED PROJECTS. CITE: ARTICLE XXVI, SECTION 2, ARTICLE XXVI, SECTION 4, 29 O.S. 1961 602 [29-602] 29 O.S. 1961 701 [29-701] (LEE COOK)